# EXHIBIT C

| DISP No. | Claim Number | Code | Initiation Date | Determination Date | Award | Prevailing Party | Non-Prevailing Party | Certified IDR Entity |
|---|---|---|---|---|---|---|---|---|
| DISP-3837523 | 22077531117 | 92653 | 08/13/2025 | 09/12/2025 | $637.50 | BROMEDICON, LLC | HIGHMARK | C2C Innovative Solutions, Inc. |
| DISP-3836626 | 22258010917 | 95717 | 08/13/2025 | 09/24/2025 | $70.27 | BROMEDICON, LLC | HIGHMARK | C2C Innovative Solutions, Inc. |
| DISP-3879208 | 22361306513 | 95717 | 08/19/2025 | 11/17/2025 | $3,450.00 | BROMEDICON, LLC | HIGHMARK | C2C Innovative Solutions, Inc. |
| DISP-4054504 | 22462325784 | 95720 | 09/11/2025 | 10/08/2025 | $26,653.32 | BROMEDICON, LLC | HIGHMARK | C2C Innovative Solutions, Inc. |
| DISP-4152569 | 22763195633 | 95861 | 09/25/2025 | 10/16/2025 | $10,200.00 | BROMEDICON, LLC | HIGHMARK | C2C Innovative Solutions, Inc. |
| DISP-3722110 | 22559775440 | 95868 | 07/28/2025 | 09/05/2025 | $3,619.33 | BROMEDICON, LLC | HIGHMARK | C2C Innovative Solutions, Inc. |
| DISP-4461177 | 22365586186 | 95868 | 11/04/2025 | 11/26/2025 | $5,100.00 | BROMEDICON, LLC | HIGHMARK | C2C Innovative Solutions, Inc. |
| DISP-3878874 | 22761527960 | 95870 | 08/19/2025 | 10/03/2025 | $10,200.00 | BROMEDICON, LLC | HIGHMARK | C2C Innovative Solutions, Inc. |
| DISP-4203260 | 22080688063 | 95886 | 10/02/2025 | 10/24/2025 | $1,132.20 | BROMEDICON, LLC | HIGHMARK | C2C Innovative Solutions, Inc. |
| DISP-4022121 | 22361630511 | 95886 | 09/08/2025 | 11/12/2025 | $1,132.20 | BROMEDICON, LLC | HIGHMARK | C2C Innovative Solutions, Inc. |
| DISP-4052655 | 22562560966 | 95886 | 09/11/2025 | 11/21/2025 | $1,132.20 | BROMEDICON, LLC | HIGHMARK | C2C Innovative Solutions, Inc. |
| DISP-4162031 | 22563127650 | 95886 | 09/26/2025 | 11/25/2025 | $566.10 | BROMEDICON, LLC | HIGHMARK | C2C Innovative Solutions, Inc. |
| DISP-4164166 | 22563127650 | 95907 | 09/26/2025 | 10/25/2025 | $6,120.00 | BROMEDICON, LLC | HIGHMARK | C2C Innovative Solutions, Inc. |
| DISP-3664015 | 22078119415 | 95937 | 07/18/2025 | 09/05/2025 | $557.10 | BROMEDICON, LLC | HIGHMARK | C2C Innovative Solutions, Inc. |
| DISP-3721960 | 22559775440 | 95937 | 07/28/2025 | 09/24/2025 | $619.00 | BROMEDICON, LLC | HIGHMARK | C2C Innovative Solutions, Inc. |
| DISP-3924438 | 22461748815 | 95937 | 08/25/2025 | 10/03/2025 | $6,332.50 | BROMEDICON, LLC | HIGHMARK | C2C Innovative Solutions, Inc. |
| DISP-4020667 | 22361630511 | 95937 | 09/08/2025 | 10/03/2025 | $6,332.50 | BROMEDICON, LLC | HIGHMARK | C2C Innovative Solutions, Inc. |
| DISP-4202600 | 22080688063 | 95937 | 10/02/2025 | 11/06/2025 | $6,332.50 | BROMEDICON, LLC | HIGHMARK | C2C Innovative Solutions, Inc. |
| DISP-3841346 | 22077531117 | 95937 | 08/13/2025 | 11/14/2025 | $6,332.50 | BROMEDICON, LLC | HIGHMARK | C2C Innovative Solutions, Inc. |
| DISP-3879225 | 22761527960 | 95937 | 08/19/2025 | 11/25/2025 | $6,332.50 | BROMEDICON, LLC | HIGHMARK | C2C Innovative Solutions, Inc. |
| DISP-3060503 | 22753636769 | 95938 | 04/22/2025 | 05/29/2025 | $8,746.30 | BROMEDICON, LLC | HIGHMARK | C2C Innovative Solutions, Inc. |
| DISP-3528425 | 22257386838 | 95938 | 06/30/2025 | 08/01/2025 | $7,312.66 | BROMEDICON, LLC | HIGHMARK | C2C Innovative Solutions, Inc. |
| DISP-4052152 | 22562560966 | 95938 | 09/11/2025 | 10/03/2025 | $11,900.01 | BROMEDICON, LLC | HIGHMARK | C2C Innovative Solutions, Inc. |
| DISP-4202626 | 22080688063 | 95938 | 10/02/2025 | 11/04/2025 | $11,900.01 | BROMEDICON, LLC | HIGHMARK | C2C Innovative Solutions, Inc. |
| DISP-4021919 | 22361630511 | 95938 | 09/08/2025 | 11/12/2025 | $11,900.01 | BROMEDICON, LLC | HIGHMARK | C2C Innovative Solutions, Inc. |
| DISP-4339998 | 22265100116 | 95938 | 10/21/2025 | 11/25/2025 | $11,900.01 | BROMEDICON, LLC | HIGHMARK | C2C Innovative Solutions, Inc. |
| DISP-3026243 | 22653572517 | 95939 | 04/17/2025 | 06/05/2025 | $9,843.83 | BROMEDICON, LLC | HIGHMARK | C2C Innovative Solutions, Inc. |
| DISP-3060513 | 22753636769 | 95939 | 04/22/2025 | 06/13/2025 | $9,843.83 | BROMEDICON, LLC | HIGHMARK | C2C Innovative Solutions, Inc. |
| DISP-3721282 | 22559775440 | 95939 | 07/28/2025 | 09/05/2025 | $2,646.00 | BROMEDICON, LLC | HIGHMARK | C2C Innovative Solutions, Inc. |
| DISP-4020991 | 22361630511 | 95939 | 09/08/2025 | 10/06/2025 | $17,850.01 | BROMEDICON, LLC | HIGHMARK | C2C Innovative Solutions, Inc. |
| DISP-4202263 | 22080688063 | 95939 | 10/02/2025 | 11/20/2025 | $17,850.01 | BROMEDICON, LLC | HIGHMARK | C2C Innovative Solutions, Inc. |
| DISP-1851702 | 22539693367 | 95941 | 09/27/2024 | 11/22/2024 | $73,984.68 | BROMEDICON, LLC | HIGHMARK | C2C Innovative Solutions, Inc. |
| DISP-2024426 | 22241247150 | 95941 | 11/04/2024 | 12/18/2024 | $36,992.34 | BROMEDICON, LLC | HIGHMARK | C2C Innovative Solutions, Inc. |
| DISP-3026241 | 22653572517 | 95941 | 04/17/2025 | 05/17/2025 | $36,992.34 | BROMEDICON, LLC | HIGHMARK | C2C Innovative Solutions, Inc. |
| DISP-3528869 | 22257504137 | 95941 | 06/30/2025 | 08/01/2025 | $16,000.00 | BROMEDICON, LLC | HIGHMARK | C2C Innovative Solutions, Inc. |
| DISP-3721525 | 22559775440 | 95941 | 07/28/2025 | 09/05/2025 | $16,000.00 | BROMEDICON, LLC | HIGHMARK | C2C Innovative Solutions, Inc. |
| DISP-3663508 | 22078119415 | 95941 | 07/18/2025 | 10/15/2025 | $2,400.00 | BROMEDICON, LLC | HIGHMARK | C2C Innovative Solutions, Inc. |
| DISP-3923993 | 22461748815 | 95941 | 08/25/2025 | 10/24/2025 | $32,000.00 | BROMEDICON, LLC | HIGHMARK | C2C Innovative Solutions, Inc. |

**\*\*Note: Several of these disputes were also ineligible for violation of the 90-day cooling off period.**